**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
2011 OCT 19 PM 4: 45

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CRIMINAL NO. A-11-M-823** |
| § | |
| **FREDERIC ALAN GLADLE,** § | |
| § | |
| Defendant. § | |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Western District of Texas, respectfully requests the Court to seal the criminal complaint and affidavit (Doc. 1), motion to detain (Doc. 2) and this motion to seal in the above-styled and numbered cause. As reason for such request, the United States Attorney would show the Court that information contained in the referenced affidavit, the Defendant's arrest and temporary detention could jeopardize a pending criminal investigation.

Counsel for the Defendant, Joseph Turner, has no objection to this motion.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
MARK LANE
Assistant U. S. Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Office   (512) 916-5858
Fax       (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2011, a true and correct copy of the above and foregoing instrument was traditionally filed with the Clerk of Court. Notification of such filing will be sent by other means to:

Joseph A. Turner
Attorney at Law
1504 West Avenue
Austin, Texas 78701

_____
MARK LANE
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. A-11-M-823 |
| FREDERIC ALAN GLADLE, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Government's Motion to Seal the criminal complaint and affidavit (Doc. 1), motion to detain (Doc. 2) and this motion to seal in the above-styled and numbered cause, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the criminal complaint and affidavit (Doc. 1), motion to detain (Doc. 2) under seal for a period of 30 days. Should the government wish the warrant documents to remain sealed thereafter, it must file a motion seeking that relief in a manner consistent with the Standing Order of this Division on the sealing of warrants. Failure to seek the continuation of sealing will result in the warrant documents being unsealed.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remain sealed until such time as the remaining warrant documents are unsealed.

**SIGNED** on the _____ day of _____ 2011.

_____
UNITED STATES MAGISTRATE JUDGE