IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

Austin Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **CASE NO. 1:11-MJ-823** |
| v. | ) ) | |
| **FREDERIC ALAN GLADLE,** a/k/a Walter Fred Boyd, a/k/a Larry Stauffer, a/k/a Jake Meneffe | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk:

Please enter the appearance of Paul M. Rosen, Trial Attorney for the Fraud Section of the Criminal Division of the U.S. Department of Justice, as counsel for the United States of America in the above-captioned matter.

                                        Respectfully submitted,

                                        DENIS McINERNEY
                                        Chief
                                        Fraud Section, Criminal Division

                By:      /s/_____
                        Paul M. Rosen
                        Trial Attorney
                        Fraud Section, Criminal Division
                        U.S. Department of Justice
                        1400 New York Avenue
                        Washington, D.C. 20530
                        Phone: (202) 353-7696
                        Fax: (202) 514-0152
                        Paul.Rosen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Joseph Andrew Turner
Attorney at Law
1504 West Avenue
Austin, TX 78701
(512) 474-4892
Fax: (512) 474-8252
Email: nicolejtaggart@gmail.com


By:   _____/s/_____
　　　　Paul M. Rosen
　　　　Trial Attorney
　　　　Fraud Section, Criminal Division
　　　　U.S. Department of Justice
　　　　1400 New York Avenue
　　　　Washington, D.C. 20530
　　　　Phone:  (202) 353-7696
　　　　Fax: (202) 514-0152
　　　　Paul.Rosen@usdoj.gov